ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| King Aerospace Inc. | ) ASBCA Nos. 61717, 61718 |
| | ) |
| Under Contract No. W58RGZ-05-C-0302 | ) |

APPEARANCE FOR THE APPELLANT:        Timothy D. Matheny, Esq.
                                      Peckar & Abramson, P.C.
                                      Dallas, TX

APPEARANCES FOR THE GOVERNMENT:      Arthur M. Taylor, Esq.
                                      DCMA Chief Trial Attorney
                                      Debra E. Berg, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Hanscom AFB, MA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 9, 2019

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61717, 61718, Appeals of King Aerospace Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals